# Eric Pridgen
## Incarceration Time Line



04/05/2002
(incarcerated)
05/13/2002
(released)

06/29/2002
(incarcerated)
06/29/2002
(released)

09/26/2002
(incarcerated)
01/29/2004
(released)

01/29/2004
(incarcerated)
05/27/2008
(released)

03/31/2010
(incarcerated)
05/01/2010
(released)

05/20/2010
(incarcerated)